UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN ALLEN,

    Plaintiff,

v.

KATELYN BRUBAKER, et al.,

    Defendants.

Case No. 24-cv-10269

Honorable Robert J. White
Magistrate Judge David R. Grand

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS BRUBAKER, CODERE, AND PISTRO'S MOTION FOR SUMMARY JUDGMENT**

    Before the Court is Magistrate Judge David R. Grand's January 16, 2025 report and recommendation. (ECF No. 45). The report recommended that the Court grant the motion for summary judgment filed by Defendants Katelyn Brubaker, Scott Codere, and Charles Pistro. (ECF No. 22). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

    The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's January 16, 2025 report and recommendation (ECF No. 45) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants Brubaker, Codere, and Pistro's motion for summary judgment (ECF No. 22) is granted.

IT IS FURTHER ORDERED that (1) Plaintiff's claims against Defendants Brubaker, Codere, and Pistro are DISMISSED WITH PREJUDICE and (2) these defendants are DISMISSED from this case.

Dated: February 5, 2025                              s/Robert J. White
                                                              Robert J. White
                                                              United States District Judge