UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN ALLEN,

    Plaintiff,

v.

KATELYN BRUBAKER, et al.,

    Defendants.

Case No. 24-cv-10269

Honorable Robert J. White
Magistrate Judge David R. Grand

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING AS MOOT DEFENDANT GARCHOW'S MOTION FOR SUMMARY JUDGMENT, AND (3) DIMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE**

    Before the Court is Magistrate Judge David R. Grand's March 20, 2025 report and recommendation. (ECF No. 48). The report recommended that the Court (1) deny as moot the motion for summary judgment filed by Defendant Michael J. Garchow (ECF No. 43), and (2) dismiss Plaintiff's complaint in its entirety for the failure to prosecute the case. None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

    The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's March 20, 2025 report and recommendation (ECF No. 48) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant Garchow's motion for summary judgment (ECF No. 43) is denied.

IT IS FURTHER ORDERED that Plaintiff's complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

Dated: June 12, 2025                    s/Robert J. White
                                        Robert J. White
                                        United States District Judge